ORIGINAL

1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 10th Floor
5      San Francisco, California 94102-3495
       Telephone:  (415) 436-7264
6      Facsimile:  (415) 436-6748
       Email:      abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | BEATRICE THOMAS and WILLIAM  )  No. C 04-0827 PJH
   | THOMAS,                      )  **E-FILING CASE**
13 |                              )
   |              Plaintiffs,     )
14 |                              )  REQUEST FOR ORDER OF DISMISSAL
   |       v.                     )  AND [~~PROPOSED~~] ORDER
15 |                              )
   | UNITED STATES OF AMERICA,    )
16 |                              )
   |              Defendant.      )
17 |_____)

18      In accordance with the attached "Request for Dismissal" and the Stipulation And Order

19 Approving Compromise Settlement filed March 31, 2005 herein, and the defendant UNITED

20 STATES OF AMERICA having complied with the terms of said Compromise and Settlement,

21 hereby requests that this action be dismissed with prejudice and without costs or interest by the

22 plaintiff as against the defendant UNITED STATES OF AMERICA, or any of its agents,

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

   ///

servants, or employees on account of the events alleged in the Complaint filed herein.

KEVIN V. RYAN
United States Attorney

DATED: June 15, 2005    By: _____
ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorneys for Defendant

[PROPOSED] ORDER

The Clerk is requested to enter this Dismissal in the official docket, send conformed copies hereof to the attorneys for the respective parties and close the file.

**IT IS SO ORDERED**:

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

DATED: 6/20/05

Dismissal
C 04-0827 PJH                                    2

982(a)(5)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL G. LAND<br>Attorney at Law<br>1020 15th Street, Suite 8<br>Modesto, CA  95354<br>(209) 529-9986           Fax: (209) 526-0441 | SBN 57560 | |

ATTORNEY FOR (Name): Plaintiffs, BEATRICE THOMAS, et al.

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DIST. OF CALIFORNIA
450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102

PLAINTIFF/PETITIONER: BEATRICE THOMAS, et al.

DEFENDANT/RESPONDENT: THE UNITED STATES OF AMERICA, et al.

**REQUEST FOR DISMISSAL**
- [X] Personal Injury, Property Damage, or Wrongful Death
- [ ] Motor Vehicle    [X] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify): Medical Negligence

CASE NUMBER: C 04 0827 PJH

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

**1. TO THE CLERK:** Please **dismiss** this action as follows:
  a. (1) [X] With prejudice    (2) [ ] Without prejudice
  b. (1) [X] Complaint    (2) [ ] Petition
     (3) [ ] Cross-complaint filed by (name):
     (4) [ ] Cross-complaint filed by (name):
     (5) [X] Entire action of all parties and all causes of action
     (6) [ ] Other: (specify):*

Date: June 7, 2005

MICHAEL G. LAND
(TYPE OR PRINT NAME OF    [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

on (date):
on (date):

(SIGNATURE)
Attorney or party without attorney for: BEATRICE THOMAS
[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

**2. TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date: June 15, 2005
Abraham Simmons, AUSA
(TYPE OR PRINT NAME OF    [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [X] Defendant/Respondent
[ ] Cross-complainant

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform    [ ] means to return conformed copy

Date: _____    Clerk, by _____, Deputy

Form Adopted by the
Judicial Council of California
982(a)(5) [Rev. January 1, 1997]
Mandatory Form
Martin Dean's Essential Forms ™

**REQUEST FOR DISMISSAL**

THOMAS VS. U.S.A.

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233